Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Peter Roldan, SBN 227067
E-Mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff and Counter-Defendant
United States Fire Insurance Company

**IT IS SO ORDERED**
Judge James Ware
9/1/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>VESTA STRATEGIES, LLC, et al.,<br><br>        Defendants. | Case No.: C 09-02388 JW PVT<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO COUNTER-COMPLAINT** |
| SAMUEL W. HENKA, et al.,<br><br>        Counter-Claimants,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation,,<br><br>        Counter-Defendant. | |
| SAMUEL W. HENKA, et al.,<br><br>        Cross-Claimants,<br><br>vs.<br><br>VESTA STRATEGIES, LLC, et al.<br><br>        Cross-Defendants. | |

Pursuant to Civil Local Rule 6-1(a) plaintiff and counter-defendant United States Fire Insurance Company ("U.S. Fire") and counter-claimants Samuel W. Henka, et al. stipulate that U.S. Fire may have a 14 day extension of time to and including September 14, 2009 within which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket # 13. No previous extensions have been granted. This extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: August 27, 2009

BULLIVANT HOUSER BAILEY PC

By _____
Andrew B. Downs, SBN 111435
Peter Roldan, SBN 227067

Attorneys for Plaintiff and Counter-Defendant
United States Fire Insurance Company

DATED: 8/28/09

HOLLISTER & BRACE

By _____
Robert L. Brace, SBN 122240
Peter L. Candy, SBN 149976

Attorneys for Defendants, Counter-Claimants and
Cross-Claimants Samuel W. Henka, and the Class

11917233.1