1  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
2  Peter Roldan, SBN 227067
   E-Mail: peter.roldan@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff and Counter-Defendant
   United States Fire Insurance Company
7

**UNITED STATES DISTRICT COURT**

*IT IS SO ORDERED*

*James Ware*

Judge James Ware

9/1/2009

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  UNITED STATES FIRE INSURANCE        Case No.: C 09-02388 JW PVT
    COMPANY,
                                        **STIPULATION FOR FIRST EXTENSION**
13              Plaintiff,              **OF TIME TO RESPOND TO COUNTER-**
                                        **COMPLAINT**
14       vs.

15  VESTA STRATEGIES, LLC, et al.,

16              Defendants.

17  _____

18  SAMUEL W. HENKA, et al.,

19              Counter-Claimants,

20       vs.

21  UNITED STATES FIRE INSURANCE
    COMPANY, a corporation,,
22
                Counter-Defendant.
23  _____

24  SAMUEL W. HENKA, et al.,

25              Cross-Claimants,

26       vs.

27  VESTA STRATEGIES, LLC, et al.

28              Cross-Defendants.

— 1 —

1       Pursuant to Civil Local Rule 6-1(a) plaintiff and counter-defendant United States Fire

2 Insurance Company ("U.S. Fire") and counter-claimants Samuel W. Henka, et al. stipulate that

3 U.S. Fire may have a 14 day extension of time to and including September 14, 2009 within

4 which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as

5 Docket # 13.  No previous extensions have been granted.  This extension will not alter the date

6 of any event or any deadline already fixed by Court order.

7 DATED:  August 27, 2009

8                                   BULLIVANT HOUSER BAILEY PC

9

10                                   By

11                                     Andrew B. Downs, SBN 111435
                                    Peter Roldan, SBN 227067

12                                     Attorneys for Plaintiff and Counter-Defendant

13                                     United States Fire Insurance Company

14 DATED:  8/28/09

15

16                                     HOLLISTER & BRACE

17                                     By

18                                     Robert L. Brace, SBN 122240
                                    Peter L. Candy, SBN 149976

19                                     Attorneys for Defendants, Counter-Claimants and

20 11917233.1                         Cross-Claimants Samuel W. Henka, and the Class

21

22

23

24

25

26

27

28

STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO COUNTER-COMPLAINT
Case No.: C 09-02388 JW PVT