1  FRANK FALZETTA, Cal. Bar No. 125146
     ffalzetta@sheppardmullin.com
2  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
3  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
4  Facsimile:    213-620-1398

5  TED C. LINDQUIST, III, Cal. Bar No. 178523
     tlindquist@sheppardmullin.com
6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
7  San Francisco, California  94111-4109
   Telephone:    415-434-9100
8  Facsimile:    415-434-3947

9  Attorneys for Cross-Defendant
   LIBERTY MUTUAL INSURANCE COMPANY

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

10/13/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>            Defendants.<br><br>SAMUEL W. HENKA, an individual, et al.,<br><br>            Counter-claimants,<br><br>   v.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>            Counter-Defendants. | Case No. C 09-02388 JW PVT<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME FOR CROSS-DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY TO RESPOND TO CROSS-COMPLAINT** |

| |
|---|
| SAMUEL W. HENKA, an individual, et al., |
| Cross-Claimants, |
| v. |
| VESTA STRATEGIES, LLC, a limited liability company, et al., |
| Cross-Defendants. |

Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendant Liberty Mutual Life Insurance Company ("Liberty Mutual"), hereby stipulate that Liberty Mutual may have a 45-day extension of time to and including November 13, 2009, within which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. No previous extensions have been granted. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: September 29, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
TED C. LINDQUIST, III

Attorneys for Cross-Defendant
LIBERTY MUTUAL INSURANCE COMPANY

1 Dated: September 29, 2009

2           HOLLISTER & BRACE

3

4

5       By _____
              ROBERT L. BRACE
6             PETER L. CANDY

7       Attorneys for Defendants, Counter-Claimants and
        Cross-Claimants SAMUEL W. HENKA,
8       MICHAEL and JOYCE SIMMONS,
        CHRISTOPHER WALSH and MARIA DEL
9       CARMEN ALONSO