

10/27/2009

TROUTMAN SANDERS LLP
Becki F. Kieffer, Bar No. 197773
becki.kieffer@troutmansanders.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone:    949.622.2700
Facsimile:    949.622.2739

Attorneys for Cross-Defendant
Continental Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,, <br><br>Plaintiff, <br><br>v. <br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, <br><br>Defendants. <br><br>SAMUEL W. HENKA, an individual, et al., <br><br>Counter-claimants, <br><br>v. <br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation., <br><br>Counter-Defendants.. | Case No.  C 09-02388 JW PVT <br><br><br> **STIPULATION FOR FIRST EXTENSION OF TIME FOR CROSS-DEFENDANT CONTINENTAL CASUALTY COMPANY TO RESPOND TO CROSS-COMPLAINT** |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

SAMUEL W. HENKA, an individual, et
al.,

                  Counter-claimants,

    v.

VESTA STRATEGIES, LLC, a limited
liability company, et al.,

                  Counter-Defendants..

Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and
Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendant
Continental Casualty Company ("Continental"), hereby stipulate that Continental Casualty
Company may have an extension of time up to and including November 13, 2009, within which
to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket No.
13. No previous extensions have been granted. This extension will not alter the date of any event
or any deadline already fixed by Court order.

Dated: October 21, 2009                     TROUTMAN SANDERS LLP


By: _____
       Becki F. Kieffer
       Attorneys for Cross-Defendant
       Continental Casualty Company


Dated October 21, 2009               HOLLISTER & BRACE


By: _____
       Robert L. Brace
       Peter L. Candy
       Attorneys for Defendants, Counter-
       Claimants and Cross-Claimants Samuel W.
       Henka, Michael and Joyce Simmons,
       Christopher Walsh and Maria Del Carmen
       Alonso

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545