**IT IS SO ORDERED**
*James Ware*
Judge James Ware
10/27/2009

TROUTMAN SANDERS LLP
Becki F. Kieffer, Bar No. 197773
becki.kieffer@troutmansanders.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone:    949.622.2700
Facsimile:     949.622.2739

Attorneys for Cross-Defendant
Continental Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>　　　　　　　Defendants.<br>SAMUEL W. HENKA, an individual, et al.,<br><br>　　　　　　　Counter-claimants,<br><br>　　v.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.,<br><br>　　　　　　　Counter-Defendants.. | Case No.  C 09-02388 JW PVT<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME FOR CROSS-DEFENDANT CONTINENTAL CASUALTY COMPANY TO RESPOND TO CROSS-COMPLAINT** |

1024697v1

STIPULATION FOR FIRST EXTENSION OF
TIME TO RESPOND TO CROSS-COMPLAINT

| | |
|---|---|
| SAMUEL W. HENKA, an individual, et al., | |
| Counter-claimants, | |
| v. | |
| VESTA STRATEGIES, LLC, a limited liability company, et al., | |
| Counter-Defendants.. | |

Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendant Continental Casualty Company ("Continental"), hereby stipulate that Continental Casualty Company may have an extension of time up to and including November 13, 2009, within which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. No previous extensions have been granted. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: October 21, 2009                TROUTMAN SANDERS LLP

By: _____
Becki F. Kieffer
Attorneys for Cross-Defendant
Continental Casualty Company

Dated October 21, 2009                HOLLISTER & BRACE

By: _____
Robert L. Brace
Peter L. Candy
Attorneys for Defendants, Counter-Claimants and Cross-Claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso

1024697v1                - 2 -         STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT