CHARLES E. WHEELER Cal. Bar. No. 82915
cwheeler@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619-234-1700
Facsimile: 619-234-7831

Proposed Attorneys for Cross-Defendant
LIBERTY MUTUAL INSURANCE COMPANY

**IT IS SO ORDERED**
Judge James Ware
12/7/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>  Plaintiff,<br><br>v.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>  Defendants. | Case No. C 09-02388 JW PVT<br><br>**STIPULATION FOR THIRD EXTENSION OF TIME FOR CROSS-DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY TO RESPOND TO CROSS-COMPLAINT** |
| SAMUEL W. HENKA, an individual, et al.,<br><br>  Counter-claimants,<br><br>v.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>  Counter-Defendants. | |

| | |
|---|---|
| 1 | SAMUEL W. HENKA, an individual, et al., |
| 2 | |
| 3 | Cross-Claimants, |
| 4 | v. |
| 5 | VESTA STRATEGIES, LLC, a limited liability company, et al., |
| 6 | Cross-Defendants. |

Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendants Liberty Mutual Life Insurance Company ("Liberty Mutual") hereby stipulate that Liberty Mutual may have a further 14-day extension of time to and including December 14, 2009, within which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. Two previous extensions have been granted to Liberty Mutual on September 14, 2009 and October 27, 2009 respectively. Liberty Mutual does not anticipate any further requests for extensions of time.

Cozen O'Connor has just recently been retained by Liberty Mutual Insurance Company and requires one final extension to file its responsive pleading. This extension will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

It is hereby stipulated by the cross-claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendants Liberty Mutual Life Insurance Company ("Liberty Mutual") that Liberty Mutual shall have until December 14, 2009, within which to file a response to the Counter-Complaint and Cross-Complaint Complaint filed August 7, 2009 as Docket No. 13.

Dated: November 30, 2009

COZEN O'CONNOR

By _____
CHARLES E. WHEELER

Proposed Attorneys for Cross-Defendant
LIBERTY MUTUAL INSURANCE COMPANY

Dated: November 30, 2009

HOLLISTER & BRACE

By _____
ROBERT L. BRACE
PETER L. CANDY

Attorneys for Defendants, Counter-Claimants and
Cross-Claimants SAMUEL W. HENKA,
MICHAEL and JOYCE SIMMONS,
CHRISTOPHER WALSH and MARIA DEL
CARMEN ALONSO