Robert L. Brace, SBN 122240
Peter L. Candy, SBN 149976
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329
Email: rlbrace@hbsb.com
Email: pcandy@hbsb.com
*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, Samuel W. Henka, and the Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, <br><br> Defendants. | Case No.: C0902388 JW PVT <br><br> STIPULATION FOR EXTENSION OF TIME FOR CROSS-DEFENDANT HOPKINS, SAMPSON & BROWN EQUITIES, LLC TO RESPOND TO CROSS-COMPLAINT |
| SAMUEL W. HENKA, et al., <br><br> Counter-Claimants, <br><br> vs. <br><br> UNITED STATES FIRE INSURANCE COMPANY, a corporation. <br><br> Counter-Defendants. | |
| SAMUEL W. HENKA, et al., <br><br> Cross-Claimants, <br><br> vs. <br><br> VESTA STRATEGIES, LLC, a limited liability company, et al., <br><br> Cross-Defendants. | |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT— C0902388-JW PVT

Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendant Hopkins, Sampson & Brown Equities, LLC ("HS&B") hereby stipulate that HS&B may have an extension of time to and including **February 1, 2010** within which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. No previous extensions have been granted to HS&B. This extension will not alter the date of any event or any deadline already fixed by Court order.

HOLLISTER & BRACE

Dated: December 2, 2009

By _____
Peter L. Candy, Esq., SBN. 149976
Attorneys for Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class

HOPKINS, SAMPSON & BROWN EQUITIES, LLC

Dated: December 2, 2009

By _____
Christian Benedetto, Jr., CEO

IT IS SO ORDERED:

The Deadline to respond is modified to February ,1 2010. The previously proposed date was a weekend where the Court is not session.

Dated: December 7, 2009

_James Ware_
United States District Court