Robert L. Brace, SBN 122240
Peter L. Candy, SBN 149976
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone:  (805) 963-6711
Facsimile:  (805) 965-0329
Email:  rlbrace@hbsb.com
Email:  pcandy@hbsb.com
*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, Samuel W. Henka and the Class*

IT IS SO ORDERED
Judge James Ware
1/12/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>          Plaintiff,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>          Defendants. | Case No.:   C0902388 JW PVT<br><br>**NOTICE OF FILING RECEIVER'S BOND AND REQUEST FOR COURT APPROVAL OF SAME** |
| SAMUEL W. HENKA, et al.,<br><br>          Counter-Claimants,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>          Counter-Defendants. | |
| SAMUEL W. HENKA, et al.,<br><br>          Cross-Claimants,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; et al.,<br><br>          Cross-Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to the Court's Order appointing a receiver (Docket No. 123), the Receiver, Thomas A. Dillon, hereby files the attached Receiver's Bond and requests the Court to approve same.

DATED: December 23, 2009

Robert L. Brace, Esq. SBN. 122240
Peter L. Candy, Esq., SBN 149976
**HOLLISTER & BRACE**
P. O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711

*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class*

## CERTIFICATE OF SERVICE

This document will be served by the Court via its CM/ECF system, thus pursuant to General Order 45, part IX, no Certificate of Service is necessary, except as to those parties not on the Court's electronic service list.[1] Defendant, Samuel W. Henka, Counter-Claimants and Cross-Claimants are informed and believe that all parties who have appeared to date have at least one of their attorneys on the electronic service list.

---

[1] Comment to Civil Local Rule 5-6.