1  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
2  Peter Roldan, SBN 227067
   E-Mail: peter.roldan@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff and Counter-Defendant
   United States Fire Insurance Company
7

   Robert L. Brace, SBN 122240
8  E-Mail:  rlbrace@hbsb.com
   Peter L. Candy, SBN 149976
9  E-Mail:  pcandy@hbsb.com
   HOLLISTER & BRACE
10 P.O. Box 630
   Santa Barbara, California  93102
11 Telephone:  805.693.6711
   Facsimile:  805.965.0239
12
   Attorneys for Defendant, Counter-Claimant
13 and Cross-Claimant Samuel W. Henka and the
   Class
14
                                                    Becki F. Kieffer, SBN 199773
   Kevin R. Martin, SBN 176853                      E-Mail:  becki.kieffer@troutmansanders.com
15 E-Mail:  kevin@pattonmartinsullivan.com           TROUTMAN SANDERS LLP
   PATTON, MARTIN & SULLIVAN LLP                    Five Park Plaza, Suite 1200
16 6600 Koll Center Pkwy., Suite 250                Irvine, California  92614
   Pleasanton, California 94566                     Telephone:  949.622.2700
17 Telephone:  925.600.1800                         Facsimile:  949.622.2739
   Facsimile:  925.600.1802
18                                                  Attorneys for Cross-Defendant Continental
   Attorneys for Cross-Defendants Robert            Casualty Company
19 Estupinian and Ginny Estupinian
                                                    Charles E. Wheeler, SBN. 82915
20 Shawn R. Parr, SBN 206616                        E-Mail: cwheeler@cozen.com
   E-Mail:  shawn@parrlawgroup.com                  COZEN O'CONNOR
21 PARR LAW GROUP                                   501 West Broadway, Suite 1610
   150 Almaden Blvd., Suite 1380                    San Diego, California 92101
22 San Jose, California  95113                      Telephone:  619.234.1700
   Telephone:  408.267.4500                         Facsimile      619.234.7831
23 Facsimile:  408.267.4535
                                                    Attorneys for Cross-Defendant Liberty Mutual
24 Attorneys for Cross-Defendant Peter Ye           Insurance Company

25

26 ///

27 ///

28 ///

12263838.2                          — 1 —

STIPULATION RE: MEDIATION PROCESS
Case No.: C 09-02388 JW PVT

**IT IS SO ORDERED**
Judge James Ware
1/22/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     vs.<br><br>VESTA STRATEGIES, LLC, et al.,<br><br>              Defendants. | Case No.: C 09-02388 JW PVT<br><br>**STIPULATION RE: MEDIATION PROCESS** |
| SAMUEL W. HENKA, et al.,<br><br>              Counter-Claimants,<br><br>     vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation,,<br><br>              Counter-Defendant. | |
| SAMUEL W. HENKA, et al.,<br><br>              Cross-Claimants,<br><br>     vs.<br><br>VESTA STRATEGIES, LLC, et al.<br><br>              Cross-Defendants. | |

///
///
///
///
///
///
///

Pursuant to the Court's Order of December 16, 2009 (Docket # 121) it is stipulated by and among the parties who have appeared to date[1], through the counsel identified above, that the parties request that the Court appoint Randall W. Wulff of Wulff Quinby Sochynsky Dispute Resolution, 1901 Harrison Street, Suite 1420, Oakland, California 94612 as Mediator to assist the parties in their settlement efforts.

IT IS FURTHER STIPULATED that the mediator's fees for each mediation session shall be allocated as follows:

- 50% of the fees for each mediation session to be paid by Samuel W. Henka and the Class and by Vesta;
- 50% of the fees for each mediation session to be paid by all other parties who are participating in the particular mediation session.

DATED: January 15, 2010

BULLIVANT HOUSER BAILEY PC


By /s/ Peter Roldan
Andrew B. Downs
Peter Roldan

Attorneys for Plaintiff and Counter-Defendant
United States Fire Insurance Company

DATED: January 15, 2010

HOLLISTER & BRACE


By /s/ Peter L. Candy (via e-mail auth. PR)
Robert L. Brace
Peter L. Candy

Attorneys for Defendant, Counter-Claimant and
Cross-Claimant Samuel W. Henka and the Class

---

[1] Counsel for Cross-Defendant Peter Ye has only stipulated to the selection of the mediator and has not stipulated to the allocation of the mediation fees. Counsel for Cross-Defendants LPH, LLC, Lincoln Park Claybourn 1900, LLC, and 1135 West Armitage, LLC did not provide their authorization to enter into this stipulation.

12263838.2

– 3 –

DATED: January 15, 2010

        PATTON, MARTIN & SULLIVAN, LLP

By /s/ Kevin R. Martin (via e-mail auth. PR)
    Kevin R. Martin

Attorneys for Cross-Defendants, Robert Estupinian and Ginny Estupinian

DATED: January 15, 2010

PARR LAW GROUP

By /s/ Shawn R. Parr (via e-mail auth. PR)
    Shawn R. Parr

Attorneys for Cross-Defendant Peter Ye

DATED: January 15, 2010

TROUTMAN SANDERS LLP

By /s/ Becki F. Kieffer (via e-mail auth. PR)
    Becki F. Kieffer

Attorneys for Cross-Defendant Continental Casualty Company

DATED: January 15, 2010

COZEN O'CONNOR

By /s/ Charles E. Wheeler (via e-mail auth. PR)
    Charles E. Wheeler

Attorneys for Cross-Defendant Liberty Mutual Insurance Company

12263838.2

— 4 —

STIPULATION RE: MEDIATION PROCESS
Case No.: C 09-02388 JW PVT

# CERTIFICATE OF SERVICE

This document will be served by the Court via its CM/ECF system, thus pursuant to General Order 45, part IX, no Certificate of Service is necessary, except as to those parties not on the Court's electronic service list.[2]  Plaintiff is informed and believes that all parties who have appeared to date have at least one of their attorneys on the electronic service list.

---

[2] Comment to Civil Local Rule 5-6.

12263838.2

– 5 –