1  Robert L. Brace, SBN 122240
   Peter L. Candy, SBN 149976
2  **HOLLISTER & BRACE**
   P.O. Box 630
3  Santa Barbara, CA 93102
   Telephone: (805) 963-6711
4  Facsimile: (805) 965-0329
5  Email: rlbrace@hbsb.com
   Email: pcandy@hbsb.com
6  *Attorneys for Defendant, Counter-Claimants
   and Cross-Claimants, Samuel W. Henka, and*
7  *the Class*



IT IS SO ORDERED
Judge James Ware

2/22/2010

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, <br><br> Defendants. | Case No.: C0902388 JW PVT <br><br> **STIPULATION FOR SECOND EXTENSION OF TIME FOR CROSS-DEFENDANT HOPKINS, SAMPSON & BROWN EQUITIES, LLC TO RESPOND TO CROSS-COMPLAINT** |
| SAMUEL W. HENKA, et al, <br><br> Counter-Claimants, <br><br> vs. <br><br> UNITED STATES FIRE INSURANCE COMPANY, a corporation. <br><br> Counter-Defendants. | |
| SAMUEL W. HENKA, et al., <br><br> Cross-Claimants, <br><br> vs. <br><br> VESTA STRATEGIES, LLC, a limited liability company, et al., <br><br> Cross-Defendants. | |

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT– C0902388-JW PVT

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and |
| 2 | Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendant |
| 3 | Hopkins, Sampson & Brown Equities, LLC ("HS&B") hereby stipulate that HS&B may have |
| 4 | an extension of time to and including April 1, 2010 within which to respond to the Counter- |
| 5 | Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. One previous |
| 6 | extension has been granted to HS&B. This extension will not alter the date of any event or any |
| 7 | deadline already fixed by Court order. |

HOLLISTER & BRACE

Dated: January 26, 2010

By _____
Peter L. Candy, Esq., SBN. 149976
*Attorneys for Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class*

HOPKINS, SAMPSON & BROWN
EQUITIES, LLC

Dated: January 26, 2010

By _____
Christian Benedetto, Jr., CEO

---

2
STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT– C0902388-JW PVT