| | |
|---|---|
| 1 | Robert L. Brace, SBN 122240 |
| 2 | Peter L. Candy, SBN 149976 **HOLLISTER & BRACE** |
| 3 | P.O. Box 630 Santa Barbara, CA 93102 |
| 4 | Telephone: (805) 963-6711 Facsimile: (805) 965-0329 |
| 5 | Email: rlbrace@hbsb.com Email: pcandy@hbsb.com |
| 6 | *Attorneys for Defendant, Counter-Claimants and Cross-Claimants, Samuel W. Henka, and the Class* |
| 7 | |



IT IS SO ORDERED

Judge James Ware

2/22/2010

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| 11 | UNITED STATES FIRE INSURANCE COMPANY, a corporation, | | Case No.: C0902388 JW PVT |
| 12 | | | |
| 13 | vs. | Plaintiff, | **STIPULATION FOR SECOND EXTENSION OF TIME FOR CROSS-DEFENDANT HOPKINS, SAMPSON & BROWN EQUITIES, LLC TO RESPOND TO CROSS-COMPLAINT** |
| 14 | VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, | | |
| 15 | | | |
| 16 | | Defendants. | |
| 17 | SAMUEL W. HENKA, et al, | | |
| 18 | | Counter-Claimants, | |
| 19 | vs. | | |
| 20 | UNITED STATES FIRE INSURANCE COMPANY, a corporation. | | |
| 21 | | Counter-Defendants. | |
| 22 | | | |
| 23 | SAMUEL W. HENKA, et al., | | |
| 24 | vs. | Cross-Claimants, | |
| 25 | | | |
| 26 | VESTA STRATEGIES, LLC, a limited liability company, et al., | | |
| 27 | | Cross-Defendants. | |
| 28 | | | |

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT– C0902388-JW PVT

1  Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and
2  Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendant
3  Hopkins, Sampson & Brown Equities, LLC ("HS&B") hereby stipulate that HS&B may have
4  an extension of time to and including April 1, 2010 within which to respond to the Counter-
5  Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. One previous
6  extension has been granted to HS&B. This extension will not alter the date of any event or any
7  deadline already fixed by Court order.

HOLLISTER & BRACE

Dated: January 26, 2010

By _____
Peter L. Candy, Esq., SBN. 149976
*Attorneys for Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class*

HOPKINS, SAMPSON & BROWN
EQUITIES, LLC

Dated: January 26, 2010

By _____
Christian Benedetto, Jr., CEO

---

2

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT– C0902388-JW PVT