| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Robert L. Brace, SBN 122240<br>Peter L. Candy, SBN 149976<br>**HOLLISTER & BRACE**<br>P.O. Box 630<br>Santa Barbara, CA 93102<br>Telephone: (805) 963-6711<br>Facsimile: (805) 965-0329<br>Email: rlbrace@hbsb.com<br>Email: pcandy@hbsb.com<br>*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, Samuel W. Henka, and the Class* |



2/22/2010

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>        Plaintiff,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>        Defendants.<br><br>SAMUEL W. HENKA, et al,<br><br>        Counter-Claimants,<br>vs.<br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>        Counter-Defendants.<br><br>SAMUEL W. HENKA, et al.,<br><br>        Cross-Claimants,<br>vs.<br>VESTA STRATEGIES, LLC, a limited liability company, et al.,<br><br>        Cross-Defendants. | Case No.: C0902388 JW PVT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR CROSS-DEFENDANTS KENNETH H. WILLIAMS AND NATIONAL REDEVELOPMENT, LLC TO RESPOND TO CROSS-COMPLAINT** |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CROSS-COMPLAINT– C0902388-JW PVT**

Pursuant to Civil Local Rule 6-1(a), cross-claimants Samuel W. Henka, Michael and Joyce Simmons, Christopher Walsh and Maria Del Carmen Alonso and cross-defendants Kenneth H. Williams ("Williams"), and National Redevelopment, LLC ("National"), hereby stipulate that Williams and National may have an extension of time to and including April 1, 2010 within which to respond to the Counter-Complaint and Cross-Complaint filed August 7, 2009 as Docket No. 13. No previous extensions have been granted to any of the foregoing cross-defendants. This extension will not alter the date of any event or any deadline already fixed by Court order.

**HOLLISTER & BRACE**

Dated: January 26, 2010         By /s/ Peter L. Candy
                                   Peter L. Candy, Esq., SBN. 149976
                                *Attorneys for Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class*

**KENNETH H. WILLIAMS**

Dated: January 26, 2010         By /s/ Kenneth H. Williams (via e-mail auth. PLC)
                                   Kenneth H. Williams

**NATIONAL REDEVELOPMENT, LLC**

Dated: January 26, 2010         By /s/ Kenneth H. Williams (via e-mail auth. PLC)
                                   Kenneth H. Williams, CEO