| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Robert L. Brace, SBN 122240<br>Peter L. Candy, SBN 149976<br>**HOLLISTER & BRACE**<br>P.O. Box 630<br>Santa Barbara, CA 93102<br>Telephone: (805) 963-6711<br>Facsimile: (805) 965-0329<br>Email: rlbrace@hbsb.com<br>Email: pcandy@hbsb.com<br>*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, Samuel W. Henka and the Class*<br>p |



3/5/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>                Plaintiff,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>                Defendants. | Case No.: C0902388 JW PVT<br><br>**STIPULATION TO FILE OPPOSITION TO CONTINENTAL'S MOTION TO DISMISS IN EXCESS OF PAGE LIMITATION** |
| SAMUEL W. HENKA, et al.,<br><br>                Counter-Claimants,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>                Counter-Defendants. | |
| SAMUEL W. HENKA, et al.,<br><br>                Cross-Claimants,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; et al.,<br><br>                Cross-Defendants. | |

WHEREAS, Plaintiffs' have requested and Defendant Continental Casualty Company ("Continental") has agreed, that Plaintiffs may file an opposition to Continental's Motion to Dismiss which exceeds the page limitation imposed by Local Rule 7-3.

NOW THEREFORE, Plaintiffs and Continental hereby STIPULATE THAT Plaintiffs may file an opposition to Continental's Motion to Dismiss which exceeds the page limitation imposed by L.R. 7-3.

**HOLLISTER & BRACE**

Dated: February 26, 2010

By /s/ Peter L. Candy
Peter L. Candy, Esq., SBN. 149976
*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class*

**TROUTMAN SANDERS, LLP**

Dated: February 26, 2010

By /s/ Eileen Bower
Eileen Bower, SBN 204256
*Attorneys for Cross-Defendant Continental Casualty Company*

IT IS SO ORDERED. Plaintiff's opposition may not exceed more than five (5) pages.

Dated: March 5, 2010

_____
JAMES WARE

| | |
|---|---|
| 1 | I, Peter L. Candy, am the ECF User whose ID and password are being used to file this |
| 2 | STIPULATION TO FILE OPPOSITION TO CONTINENTIAL'S MOTION TO DISMISS IN |
| 3 | EXCESS OF PAGE LIMITATION. In compliance with General Order 45, X.B., I hereby attest |
| 4 | that the counsel whose e-signature appears on the foregoing signature page has concurred in |
| 5 | this filing. |

/s/
Peter L. Candy

3
STIPULATION TO EXCEED PAGE LIMIT TO OPPOSITION
C0902388 JW PVT