Robert L. Brace, SBN 122240
Peter L. Candy, SBN 149976
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711
Facsimile:  (805) 965-0329
Email:  rlbrace@hbsb.com
Email:  pcandy@hbsb.com
*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, Samuel W. Henka and the Class*

p

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware
3/5/2010

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>　　　　　　　Defendants. | Case No.:   C0902388 JW PVT<br><br>**STIPULATION TO FILE OPPOSITION TO CONTINENTAL'S MOTION TO DISMISS IN EXCESS OF PAGE LIMITATION** |
| SAMUEL W. HENKA, et al.,<br><br>　　　　　　　Counter-Claimants,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>　　　　　　　Counter-Defendants. | |
| SAMUEL W. HENKA, et al.,<br><br>　　　　　　　Cross-Claimants,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; et al.,<br><br>　　　　　　　Cross-Defendants. | |

1  WHEREAS, Plaintiffs' have requested and Defendant Continental Casualty Company ("Continental") has agreed, that Plaintiffs may file an opposition to Continental's Motion to Dismiss which exceeds the page limitation imposed by Local Rule 7-3.

NOW THEREFORE, Plaintiffs and Continental hereby STIPULATE THAT Plaintiffs may file an opposition to Continental's Motion to Dismiss which exceeds the page limitation imposed by L.R. 7-3.

**HOLLISTER & BRACE**

Dated: February 26, 2010

By /s/ Peter L. Candy
Peter L. Candy, Esq., SBN. 149976
*Attorneys for Defendant, Counter-Claimants and Cross-Claimants, SAMUEL W. HENKA, and the Class*

**TROUTMAN SANDERS, LLP**

Dated: February 26, 2010

By /s/ Eileen Bower
Eileen Bower, SBN 204256
*Attorneys for Cross-Defendant Continental Casualty Company*

IT IS SO ORDERED.   Plaintiff's opposition may not exceed more than five (5) pages.

Dated: March 5, 2010

_____
JAMES WARE

1  I, Peter L. Candy, am the ECF User whose ID and password are being used to file this
2  STIPULATION TO FILE OPPOSITION TO CONTINENTIAL'S MOTION TO DISMISS IN
3  EXCESS OF PAGE LIMITATION.  In compliance with General Order 45, X.B., I hereby attest
4  that the counsel whose e-signature appears on the foregoing signature page has concurred in
5  this filing.

</br>
                                      /s/
                              Peter L. Candy