**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

| | |
|---|---|
| 10  United States Fire Insurance Company, | NO. C 09-02388 JW |
| 11              Plaintiff, | **ORDER VACATING HEARING ON** |
| 12      v. | **ORDER TO SHOW CAUSE RE: JOINDER OF THIRD PARTIES AND STANDING TO** |
| 13  Vesta Strategies, LLC, et al., | **ASSERT CROSS-CLAIMS; TAKING MATTER UNDER SUBMISSION** |
| 14              Defendants. | |

15        This case is scheduled for a hearing on April 19, 2010 on the Court's Order to Show Cause

16   Re: Joinder of Third Parties and Standing to Assert Cross-Claims.  (hereafter, "March 25, 2010

17   Order," Docket Item No. 165.)  In its March 25, 2010 Order, the Court ordered briefing on the

18   following two issues:

19        (1)     Whether Depositors' Cross-Complaint and Counter-Complaint improperly added

20                numerous parties and claims to this case.[1]

21        (2)     Whether Depositors lacked standing to pursue their claims against Insurers in light of

22                the Court's appointment of a receiver to stand in the shoes of Vesta Strategies, LLC

23                and Excalibur 1031 Group, LLC.[2]

24

25

26        _____

27        [1] Depositors are Samuel Henka, Joyce Simmons, Michael Simmons, Christopher Walsh, and
     Maria Del Carmen Alonso.

28        [2] Insurers are U.S. Fire Insurance Co., Continental Casualty Co., and Liberty Mutual
     Insurance Co.

United States District Court

For the Northern District of California

1    Upon review of the parties' submissions in advance of the hearing, the Court finds the

2    briefing to inadequately address the issues presented.  Thus, the Court finds that it needs additional

3    time to adequately analyze the issues it raised *sua sponte*.

4    Accordingly, the Court VACATES the April 19, 2010 hearing and takes the matter under

5    submission without oral argument.

6

7    Dated:  April 15, 2010

8    JAMES WARE
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Andrew B. Downs andy.downs@bullivant.com
   Becki F. Kieffer lisa.golden@troutmansanders.com
3  Charles Edward Wheeler cwheeler@cozen.com
   Erik Fuehrer erik.fuehrer@dlapiper.com
4  Kevin Richard Martin kevin@pattonmartinsullivan.com
   Michael Gerald Schwartz michael.schwartz@dlapiper.com
5  Patric J. Kelly pjkelly@ahk-law.com
   Peter Roldan peter.roldan@bullivant.com
6  Peter Laurence Candy plcandy@hbsb.com
   Robert Louis Brace rlbrace@hbsb.com
7  Shawn Robert Parr shawn@parrlawgroup.com

8

9 **Dated:  April 15, 2010**                    **Richard W. Wieking, Clerk**

10

11                                    **By:_____/s/ JW Chambers_____**
                                            **Elizabeth Garcia**
12                                          **Courtroom Deputy**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28