Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES FIRE INSURANCE COMPANY, a corporation, | Case No.: C 09 02388 JW PVT |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT SAMUEL HENKA, WITHOUT PREJUDICE** |
| vs. | |
| VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, | |
| Defendants. | |

Plaintiff United States Fire Insurance Company and defendant Samuel Henka stipulate as follows:

1. On May 27, 2010, the Court entered an Order on various motions including U.S. Fire's Motion for Judgment on the Pleadings against Henka's Counterclaim (Docket # 181). That Order dismissed Henka's Counterclaim against U.S. Fire with prejudice and operated to resolve or render moot all claims between Henka and U.S. Fire.

2. In order to streamline the litigation of the remaining issues in this action and to avoid litigating issues that are moot at the present time, Henka and U.S. Fire desire to have  U.S. Fire's claims against Henka dismissed without prejudice to the positions of either party following any future appellate review.

3. Accordingly, Henka and U.S. Fire request that the court dismiss U.S. Fire's claims against Henka without prejudice, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorney's fees.

DATED: October 29, 2010

                                  BULLIVANT HOUSER BAILEY PC

                                  By  /s/ Andrew B. Downs
                                      Andrew B. Downs, SBN 111435

                                Attorneys for Plaintiff United States Fire Insurance Company

DATED:   10/29/10

                                HOLLISTER & BRACE

                                By  /s/ Peter L. Candy (by e-mail authorization)
                                      Robert L. Brace, SBN 122240
                                      Peter L. Candy, SBN 149976

                                Attorneys for Thomas Dillon, Court-Appointed Receiver for defendant Vesta Strategies, LLC and for defendant Samuel Henka

**ORDER**

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that plaintiff United States Fire Insurance Company's First Amended Complaint is dismissed without prejudice as to defendant Samuel Henka only, with each party to bear its own costs and attorney's fees.

DATED:  November 2, 2010

*/s/ James Ware*
United States District Judge

12854506.1

– 2 –

STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT SAMUEL HENKA, WITHOUT PREJUDICE - C 09 02388 JW PVT