1  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
2  Norman J. Ronneberg, Jr., SBN 68233
   E-Mail: norman.ronneberg@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff and Counter-Defendant
   United States Fire Insurance Company
7

*IT IS SO ORDERED*
*Judge James Ware*
11/29/2010

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | UNITED STATES FIRE INSURANCE      | Case No.: C 09-02388 JW PVT
12 | COMPANY, a corporation,           |
   |                                    | **STIPULATION FOR EXTENSION OF
13 |          Plaintiff,                | TIME TO RESPOND TO
   |                                    | COUNTERCLAIM (LOCAL RULE 6-
14 |    vs.                             | 1(A))**
15 | VESTA STRATEGIES, LLC, a limited liability
   | company; SAMUEL W. HENKA, an
16 | individual,
17 |          Defendants.

18 | THOMAS DILLON, as Receiver for Vesta
   | Strategies, LLC,
19
20 |          Counter-Claimant,
21 |    vs.
22 | UNITED STATES FIRE INSURANCE
   | COMPANY, a corporation,
23 |          Counter-Defendant.
24

25      Pursuant to Local Rule 6-1(a), Counter-Claimant Thomas Dillon as Receiver for Vesta

26 Strategies, LLC and Counter-Defendant United States Fire Insurance Company stipulate that

27 U.S. Fire may have a 14 day extension to and including December 6, 2010 within which to

28

– 1 –

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM (LOCAL RULE 6-1(A))  -
C 09-02388 JW PVT

respond to the Counterclaim of Dillon (Docket # 194). This is the first extension granted and it will not affect any other deadline set by the Court.

DATED:  November 24, 2010

               BULLIVANT HOUSER BAILEY PC


               By /s/ Andrew B. Downs
                 Andrew B. Downs, SBN 111435
                 Norman J. Ronneberg, Jr., SBN 68233

               Attorneys for Plaintiff and Counter-Defendant
               United States Fire Insurance Company

DATED:  November 24, 2010

               HOLLISTER & BRACE


               By /s/ Robert L. Brace (by e-mail authorization)
                 Robert L. Brace, SBN 122240
                 Peter L. Candy, SBN 149976

               Attorneys for Counter-Defendant Thomas Dillon as
               Receiver for Vesta Strategies, LLC

  Pursuant to General Order 45, Part X(B), Andrew B. Downs certifies that Robert L. Brace, counsel for plaintiff concurred in this filing by means of an e-mail communication to Andrew B. Downs authorizing the affixing to this document of a "/s/" signature for Mr. Brace.

### STATEMENT IN LIEU OF CERTIFICATE OF SERVICE

  This document will be served by the Court via its CM/ECF System, thus pursuant to General Order 45, Part IX, no Certificate of Service is necessary.[1]

12950176.1

---

[1] Comment to Civil Local Rule 5-6.

– 2 –