IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Fire Ins. Co., | NO. C 09-02388 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Vesta Strategies, LLC, et al., | |
| Defendants. | |

This case is scheduled for an Case Management Conference on February 14, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 202.) In their Statement, the parties indicate that Defendants have filed a Motion to Dismiss Counterclaim[1] which is set for hearing on March 7, 2011. In light of the pending Motion, the Court finds that a Conference is premature at this time and thus, the Court VACATES the Conference. The Court will set a new conference date in its Order addressing the pending Motion to Dismiss, if necessary.

Dated: February 9, 2011

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 201.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew B. Downs andy.downs@bullivant.com
Becki F. Kieffer lisa.golden@troutmansanders.com
Charles Edward Wheeler cwheeler@cozen.com
Eileen King Bower eileen.bower@troutmansanders.com
Erik Fuehrer erik.fuehrer@dlapiper.com
James David Roberts jroberts@chennelsonroberts.com
John R. Gerstein jack.gerstein@troutmansanders.com
Kevin Richard Martin kevin@pattonmartinsullivan.com
Michael Gerald Schwartz michael.schwartz@dlapiper.com
Norman Jorgen Ronneberg norman.ronneberg@bullivant.com
Patric J. Kelly pjkelly@ahk-law.com
Peter Roldan peter.roldan@bullivant.com
Peter Laurence Candy plcandy@hbsb.com
Robert Louis Brace rlbrace@hbsb.com
Shawn Robert Parr shawn@parrlawgroup.com

**Dated: February 9, 2011**                                    **Richard W. Wieking, Clerk**

                                                        **By:**     **/s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California