1  Robert L. Brace, SBN 122240
   Email: rlbrace@hbsb.com
2  Peter L. Candy, SBN 149976
   Email: pcandy@hbsb.com
3  **HOLLISTER & BRACE**
   P.O. Box 630
4  Santa Barbara, CA 93102
   Telephone: (805) 963-6711
5  Facsimile: (805) 965-0329
   *Attorneys for Thomas Dillon, as Court-*
6  *Appointed Receiver for Vesta Strategies, LLC*
   *and Excalibur 1031 Group LLC*

IT IS SO ORDERED AS MODIFIED
Judge James Ware
2/25/2011

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br> vs. <br><br> VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, <br><br> Defendants. | Case No.: C 09-02388 JW <br><br> **JOINT STIPULATION TO MOVE AND COMBINE HEARING DATES FOR MAY 2, 2011** |
| THOMAS DILLON, as Receiver for Vesta Strategies, LLC <br><br> Counter-Claimant, <br> vs. <br><br> UNITED STATES FIRE INSURANCE COMPANY, a corporation. <br><br> Counter-Defendant. | |
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC <br><br> Plaintiff, <br> vs. <br><br> CONTINENTAL CASUALTY COMPANY, an Illinois corporation, <br><br> Defendant. | Case No.: C 10-5238-JW PSG |

---

**STIPULATION TO COMBINE HEARINGS IN RELATED CASES**
U.S.D.C. N.D. Case Nos. 09-2388-JW and 10-5238-JW

WHEREAS, in Civil Case No. 09-2388-JW, Counter-Defendant United States Fire Insurance ("U.S. Fire") filed a Motion to Dismiss the Counterclaim filed by Thomas Dillon, the Court-Appointed Receiver for Vesta Strategies, LLC ("Receiver"), which set the motion hearing for March 7, 2011 (Docket No. 201);

WHEREAS, the Court noticed the continuance of the above hearing date to March 28, 2011 (Docket No. 208), when counsel for the Receiver will be out of the country on a pre-paid trip to Argentina;

WHEREAS, in Civil Case No. 10-5238-JW, Defendant Continental Casualty Company ("CNA") filed a Motion to Dismiss the Complaint filed by the Receiver (Docket No. 15) which set the hearing date for April 4, 2011;

WHEREAS, due to scheduling conflicts with the above hearing dates, counsel wish to combine both hearings to a future date agreed to by all parties;

NOW THEREFORE, pursuant to Civil L.R. 6-2 (a), the parties STIPULATE THAT the March 28, 2011 U.S. Fire hearing date and the April 4, 2011 CNA hearing date should be combined and moved to May 2, 2011.

DATED: February 23, 2011          BULLIVANT HOUSER BAILEY PC

                                  By /s/ Andrew B. Downs (by e-mail auth.)
                                      Andrew B. Downs, SBN 111435
                                      Norman J. Ronneberg, Jr., SBN 68233

                                  Attorneys for Plaintiff and Counter-Defendant
                                  United States Fire Insurance Company

DATED: February 23, 2011          HOLLISTER & BRACE

                                  By /s/ Robert L. Brace
                                      Robert L. Brace, SBN 122240
                                      Peter L. Candy, SBN 149976

                                  Attorneys for Counter-Defendant Thomas
                                  Dillon as Receiver for Vesta Strategies, LLC

DATED: February 23, 2011                TROUTMAN SANDERS

By /s/ Becki F. Kieffer (by e-mail Auth)
Becki F. Kieffer, SBN 197773

Attorneys for Defendant Continental Casualty Company

### CERTIFICATE OF SERVICE

This document will be served by the Court via its CM/ECF system, thus pursuant to General Order 45, part IX, no Certificate of Service is necessary, except as to those parties not on the Court's electronic service list.[1] Plaintiff is informed and believes that all parties who have appeared to date have at least one of their attorneys on the electronic service list.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __February 25____, 2011

_____
Hon. James Ware
UNITED STATES DISTRICT CHIEF JUDGE

---

[1] Comment to Civil Local Rule 5-6.