UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VESTA STRATEGIES, LLC, ET AL.,<br><br>　　　　　Defendants.<br>_____<br><br>AND CROSS-ACTION, COUNTER-ACTION, AND RELATED ACTION<br>_____ | Case No.: C 09-2388 JW (PSG)<br>Case No.: C 10-5238 JW (PSG)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER AUTHORIZING THE DEPOSITION OF JOHN TERZAKIS, AN INCARCERATED DEPONENT** |

On June 20, 2011, Counter-Claimant and Plaintiff Thomas Dillon noticed a motion to depose John Terzakis ("Terzakis") who is currently confined in prison. Pursuant to Civ. L.R. 7-3(a), any opposition to the motion was due no later than July 5, 2011. On June 21, 2011, Plaintiff and Counter-Defendant United States Fire Insurance Company filed a notice of non-opposition. No parties have filed an opposition to the motion. Pursuant to Civ. L.R. 7-1(b), the court finds this motion is appropriate for determination without oral argument.

Federal Rules of Civil Procedure 30(a)(2)(B) states that a party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2) if the deponent is confined

in prison. Based on the moving papers and the file herein it appears that leave to depose Terzakis is consistent with Rule 26(b)(2), and leave to take the depositions is thus warranted. Accordingly,

IT IS HEREBY ORDERED that the motion is GRANTED. Officials at the prison where Terzakis is incarcerated shall allow for the parties in the above-captioned matters to depose Terzakis at dates and times that are mutually convenient for the parties and the prisons, but no later than September 16, 2011. The prisons shall provide appropriate security personnel and a reasonable space for the depositions, allowing room for the presence of the parties' counsel, a stenographer or court reporter, Terzakis, and the security personnel. *See, e.g., Edward/Ellis v. New United Motors Mfg. Inc.*, No. C 07-05452 WHA, 2008 WL 4712602, at *2 (N.D. Cal. Oct. 22, 2008).

Dated: July 14, 2011

PAUL S. GREWAL
United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Dept. of Corrections
Santa Clara County Jail
c/o John Terzakis
PFN # EAB249
Booking No. 11013586
180 West Hedding St.
San Jose, CA 95110

Dated: July 14, 2011

　　　　　　　　　　　　　　　　　　　　/s/ Chambers Staff
　　　　　　　　　　　　　　　　　　　　Chambers of U.S. Magistrate Judge Paul S. Grewal