**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Norman J. Ronneberg, Jr., SBN 68233
E-Mail: norman.ronneberg@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff and Counter-Defendant
United States Fire Insurance Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>  Defendants.<br><br>THOMAS DILLON, as Receiver for Vesta Strategies, LLC,<br><br>  Counter-Claimant,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>  Counter-Defendant. | Case No.: C 09-02388 JW<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

Counter-Claimant Thomas Dillon, as Receiver and Counter-Defendant United States Fire Insurance Company stipulate that Counter-Defendant U.S. Fire may have an extension of time to and including August 15, 2011 within which to answer the Counter-Claim on file

– 1 –

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM
Case No.: C 09-02388 JW

1  (Docket # 189) following the denial of U.S. Fire's motion to dismiss.  No prior extensions have
2  been granted.  This extension will not have an effect on any other date set by the Court.
3  DATED: August 8, 2011

4  BULLIVANT HOUSER BAILEY PC

6  By  */s/ Andrew B. Downs*
       Andrew B. Downs, SBN 111435
7      Norman J. Ronneberg, Jr., SBN 68233

8  Attorneys for Plaintiff and Counter-Defendant
   United States Fire Insurance Company

10  DATED: August 8, 2011

11  HOLLISTER & BRACE

13  By  */s/ Robert L. Brace (via e-mail auth. ABD)*
       Robert L. Brace, SBN 122240
14     Peter L. Candy, SBN 149976

15  Attorneys for Defendant and Counter-Claimant
    Thomas Dillon, as Receiver for Vesta Strategies,
16  LLC

18  **ORDER**

19  The parties having stipulated and good cause appearing,
20  IT IS SO ORDERED.
21  DATED: August 9, 2011

    /s/ James Ware
    Chief United States District Judge

24  13485110.1

– 2 –

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM
Case No.: C 09-02388 JW