1  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
2  Norman J. Ronneberg, Jr., SBN 68233
   E-Mail: norman.ronneberg@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff and Counter-Defendant
   United States Fire Insurance Company
7

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>            Defendants. | Case No.: C 09-02388 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Old Date:  September 19, 2011<br><br>New Date:   October 17, 2011<br>Time:  10:00 a.m. |
| THOMAS DILLON, as Receiver for Vesta Strategies, LLC,<br><br>            Counter-Claimant,<br><br>    vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>            Counter-Defendant. | |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE -- C09-02388 JW

1118623v1

Plaintiff and Counter-Defendant United States Fire Insurance Company ("U.S. Fire") and Defendant and Counter-Claimant Thomas Dillon, as the Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur Group, LLC (the "Receiver"), submit the following stipulation to continue the September 19, 2011 Case Management Conference in the above-captioned matter to October 17, 2011 at 10:00 a.m.

**RECITALS**

A. The Court scheduled a Case Management Conference in the above-captioned matter for September 19, 2011 (Doc. No. 246, p. 12);

B. A Case Management Conference has also been scheduled for September 19, 2011 in the related case, *Dillon v. Continental Casualty Company*; Case No. C 10-05238 JW (the "*Continental* Action");

C. The Receiver is a party to both this action and the *Continental* Action, and is represented by Hollister & Brace in both actions;

D. Counsel for Continental has a scheduling conflict and cannot attend the Case Management Conference in the *Continental* Action that is scheduled for September 19, 2011;

E. The parties in this action and the *Continental* Action have met and conferred, and all counsel are available on October 17, 2011 for Case Management Conferences in both this action and the *Continental* Action; and

F. The parties to the *Continental* Action, the Receiver and Continental Casualty Company, will also be submitting a stipulation and proposed order to continue the September 19, 2011 Case Management Conference in that action to October 17, 2011 at 10:00 a.m.

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -- C09-02388 JW

1118623v1

## **STIPULATION**

Based on the foregoing, the Receiver and U.S. Fire hereby stipulate to the continuance of the September 19, 2011 Case Management Conference in the above-captioned matter to October 17, 2011 at 10:00 a.m. The parties further request that the deadline to file a Joint Case Management Statement is continued from September 9, 2011 to October 7, 2011.

Dated: September 1, 2011               HOLLISTER & BRACE

                                       By: */s/ Robert L. Brace (via e-mail auth.)*
                                           Robert L. Brace
                                           Peter L. Candy

                                           *Attorneys for Defendant and Counter-Claimant, Thomas Dillon*

Dated: August 31, 2011                 BULLIVANT HOUSER & BAILEY, PC

                                       By: */s/ Andrew B. Downs*
                                           Andrew B. Downs
                                           Norman J. Ronneberg, Jr.

                                           Attorneys for Plaintiff and Counter-Defendant, United States Fire Insurance Company

## **ORDER**

The Court, having considered the stipulation of United States Fire Insurance Company and Thomas Dillon, as the Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group, LLC, and good cause appearing therefore, hereby ORDERS that:

1. The September 19, 2011 Case Management Conference in the above-captioned matter is continued to October 17, 2011 at 10:00 a.m.; and

1  2. The deadline to file a Joint Case Management Statement is continued from September
2  9, 2011 to October 7, 2011.

3

4  Dated: September 2, 2011

5  _____
6  Chief United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE -- C09-02388 JW

1118623v1