Robert L. Brace, SBN 122240
Email:  rlbrace@hbsb.com
Peter L. Candy, SBN 149976
Email:  pcandy@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711
Facsimile:  (805) 965-0329

Attorneys for Thomas Dillon, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group LLC

IT IS SO ORDERED
*[signature]* Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br> vs. <br><br> VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual, <br><br> Defendants. | Case No.:  C  09-02388 JW <br><br> **JOINT STIPULATION TO MODIFY ORDER (DOCKET NO. 245) RE: DEPOSING INCARCERATED INMATE JOHN TERZAKIS** |
| THOMAS DILLON, as Receiver for Vesta Strategies, LLC <br><br> Counter-Claimant, <br> vs. <br><br> UNITED STATES FIRE INSURANCE COMPANY, a corporation. <br><br> Counter-Defendant. | |

WHEREAS, in Civil Case No. 09-2388-JW, Counter-Claimant Thomas Dillon, the Court-Appointed Receiver for Vesta Strategies, LLC ("the Receiver"), filed a motion requesting to depose John Terzakis ("Terzakis"), an incarcerated deponent; (Docket No. 236);

1

**STIPULATION TO MODIFY ORDER RE: DEPOSITION OF JOHN TERZAKIS, AN INCARCARATED DEPONENT
Case No. 09-2388-JW**

1    WHEREAS, Judge Grewal issued an Order granting the Receiver's motion (Docket No.
2  245), giving September 16, 2011 as the deadline in which to depose Terzakis ("the Docket No.
3  245 Order");

4    WHEREAS, discovery has not yet been initiated in *Dillon v. Continental Casualty
5  Insurance* ("CNA"), Case No. 10-cv-5238-JW, and the deposition of Terzakis is equally
6  applicable to that action, so keeping the September 16, 2011 deposition deadline for Terzakis
7  would prejudice CNA as they will not be able to depose Terzakis by that date;

8    WHEREAS, counsel for U.S. Fire and the Receiver have scheduled depositions in the
9  U.S. Fire case from September 13, 2011 to September 22, 2011 in order to comply with a
10 Mediation Agreement between the Receiver and a third-party who is a potential defendant to a
11 claim by the Receiver, which require them to travel to Chicago and Los Angeles, so they are
12 unable to set a deposition of Terzakis during that time;

13   NOW THEREFORE, pursuant to Civil L.R. 6-2 (a), the parties REQUEST and
14 STIPULATE THAT the Docket No. 245 Order should be modified to extend the Terzakis
15 deposition deadline date to December 30, 2011.

DATED: September 16, 2011          BULLIVANT HOUSER BAILEY PC

                                   By /s/ Andrew B. Downs (by e-mail auth.)
                                      Andrew B. Downs, SBN 111435
                                      Norman J. Ronneberg, Jr., SBN 68233

                                   Attorneys for Plaintiff and Counter-Defendant
                                   United States Fire Insurance Company


DATED: September 16, 2011          HOLLISTER & BRACE

                                   By /s/ Robert L. Brace
                                      Robert L. Brace, SBN 122240
                                      Peter L. Candy, SBN 149976

                                   Attorneys for Counter-Defendant Thomas
                                   Dillon as Receiver for Vesta Strategies, LLC
                                   and Excalibur 1031 Group, LLC

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the parties are authorized
2   to depose John Terzakis, an incarcerated deponent, and should complete his deposition by
3   December 30, 2011.
4
5   Dated: September 20        , 2011

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE

3
**STIPULATION TO MODIFY ORDER RE: DEPOSITION OF JOHN TERZAKIS, AN INCARCARATED DEPONENT**
**Case No. 09-2388-JW**