**IT IS SO ORDERED**
*Judge James Ware*

Robert L. Brace, SBN 122240
Email: rlbrace@hbsb.com
Peter L. Candy, SBN 149976
Email: pcandy@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Thomas Dillon, as Court-Appointed Receiver for Vesta Strategies, LLC and Excalibur 1031 Group LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br>vs.<br><br>VESTA STRATEGIES, LLC, a limited liability company; SAMUEL W. HENKA, an individual,<br><br>　　　　　Defendants.<br><br>THOMAS DILLON, as Receiver for Vesta Strategies, LLC<br><br>　　　　　Counter-Claimant,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a corporation.<br><br>　　　　　Counter-Defendant. | Case No.:  C  09-02388 JW<br><br>**JOINT STIPULATION TO MODIFY ORDER (DOCKET NO. 245) RE: DEPOSING INCARCERATED INMATE JOHN TERZAKIS** |

WHEREAS, in Civil Case No. 09-2388-JW, Counter-Claimant Thomas Dillon, the Court-Appointed Receiver for Vesta Strategies, LLC ("the Receiver"), filed a motion requesting to depose John Terzakis ("Terzakis"), an incarcerated deponent; (Docket No. 236);

---

1

**STIPULATION TO MODIFY ORDER RE: DEPOSITION OF JOHN TERZAKIS, AN INCARCARATED DEPONENT**
**Case No. 09-2388-JW**

WHEREAS, Judge Grewal issued an Order granting the Receiver's motion (Docket No. 245), giving September 16, 2011 as the deadline in which to depose Terzakis ("the Docket No. 245 Order");

WHEREAS, discovery has not yet been initiated in *Dillon v. Continental Casualty Insurance* ("CNA"), Case No. 10-cv-5238-JW, and the deposition of Terzakis is equally applicable to that action, so keeping the September 16, 2011 deposition deadline for Terzakis would prejudice CNA as they will not be able to depose Terzakis by that date;

WHEREAS, counsel for U.S. Fire and the Receiver have scheduled depositions in the U.S. Fire case from September 13, 2011 to September 22, 2011 in order to comply with a Mediation Agreement between the Receiver and a third-party who is a potential defendant to a claim by the Receiver, which require them to travel to Chicago and Los Angeles, so they are unable to set a deposition of Terzakis during that time;

NOW THEREFORE, pursuant to Civil L.R. 6-2 (a), the parties REQUEST and STIPULATE THAT the Docket No. 245 Order should be modified to extend the Terzakis deposition deadline date to December 30, 2011.

DATED: September 16, 2011                BULLIVANT HOUSER BAILEY PC

By /s/ Andrew B. Downs (by e-mail auth.)
   Andrew B. Downs, SBN 111435
   Norman J. Ronneberg, Jr., SBN 68233

Attorneys for Plaintiff and Counter-Defendant
United States Fire Insurance Company


DATED: September 16, 2011                HOLLISTER & BRACE

By /s/ Robert L. Brace
   Robert L. Brace, SBN 122240
   Peter L. Candy, SBN 149976

Attorneys for Counter-Defendant Thomas
Dillon as Receiver for Vesta Strategies, LLC
and Excalibur 1031 Group, LLC

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the parties are authorized
2   to depose John Terzakis, an incarcerated deponent, and should complete his deposition by
3   December 30, 2011.

5   Dated: September 20 , 2011

          _____
          Hon. James Ware
          UNITED STATES DISTRICT JUDGE