1

2

3

4

5

6

**United States District Court**
For the Northern District of California

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

10   United States Fire Ins. Co.,                    NO. C 09-02388 JW

11                    Plaintiff,          **ORDER VACATING CASE**
         v.                              **MANAGEMENT CONFERENCE;**
12                                       **DENYING PROPOSED MODIFICATIONS**
     Vesta Strategies, LLC,              **TO SCHEDULE**

13
                    Defendant.
14   _____/

15          This case is scheduled for a Case Management Conference on October 17, 2011.  On

16   October 6, 2011, the parties filed a Joint Case Management Conference Statement requesting that

17   the Court order an extension of discovery through May 11, 2012, with corresponding adjustments to

18   all other pre-discovery closure deadlines.[1]

19          Upon review, in light of the age of this case, the Court does not find good cause to extend

20   discovery or further modify pretrial deadlines.  The Court has already extended all pre-trial

21   deadlines once in this case.[2]  Thus, the schedule established in the Court's November 3 Order

22   remains the operative case schedule.  The Court further finds that in light of the representations of

23   the parties in their Case Management Statement, an appearance by the parties is not necessary at this

24   time.  Accordingly, the Case Management Conference is VACATED.  The parties shall appear for a

25   _____

26          [1]  (Joint Supplemental Case Management Statement and Proposed Order, Docket Item No.
27   255.)

28          [2]  (See Stipulation and Order Regarding Pretrial Deadlines, hereafter, "November 3 Order,"
     Docket Item No. 197.)

Preliminary Pretrial Conference on **December 12, 2011**, in accordance with the Court's November 3 Order.

Dated:  October 11, 2011

JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Andrew B. Downs  andy.downs@bullivant.com
    Becki F. Kieffer  lisa.golden@troutmansanders.com
3   Charles Edward Wheeler  cwheeler@cozen.com
    Eileen King Bower  eileen.bower@troutmansanders.com
4   Erik Fuehrer  erik.fuehrer@dlapiper.com
    James David Roberts  jroberts@chennelsonroberts.com
5   John R. Gerstein  jack.gerstein@troutmansanders.com
    Kevin Richard Martin  kevin@pattonmartinsullivan.com
6   Michael Gerald Schwartz  michael.schwartz@dlapiper.com
    Norman Jorgen Ronneberg  norman.ronneberg@bullivant.com
7   Patric J. Kelly  pjkelly@ahk-law.com
    Peter Roldan  peter.roldan@bullivant.com
8   Peter Laurence Candy  plcandy@hbsb.com
    Robert Louis Brace  rlbrace@hbsb.com
9   Shawn Robert Parr  shawn@parrlawgroup.com

10

11

12

13   Dated:  October 11, 2011                    **Richard W. Wieking, Clerk**

14                                               By:_____/s/ JW Chambers_____
15                                                    **Susan Imbriani**
                                                     **Courtroom Deputy**
16

17

18

19

20

21

22

23

24

25

26

27

28