IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Fire Ins. Co., | NO. C 09-02388 JW |
|     Plaintiff, | |
|   v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING STATUS CONFERENCE RE SETTLEMENT** |
| Vesta Strategies, LLC, | |
|     Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on December 12, 2011. On December 2, 2011, the parties informed Court that they have reached a settlement and anticipate filing a motion for permission to settle by December 15, 2011. (See Docket Item No. 257.) In light of the settlement, the Court VACATES the Conference and all pretrial deadlines.

The Court sets **January 23, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **January 13, 2012**, the parties shall either file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a), or a Joint Status Conference Statement setting forth, *inter alia*, the status of activities in regard to the settlement and how much additional time is requested to finalize the settlement. In the event the parties file their Stipulated Dismissal on or before January 13, 2012, the Status Conference shall be automatically vacated.

Dated: December 6, 2011

                                                  JAMES WARE
                                                United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew B. Downs andy.downs@bullivant.com
Becki F. Kieffer lisa.golden@troutmansanders.com
Charles Edward Wheeler cwheeler@cozen.com
Eileen King Bower eileen.bower@troutmansanders.com
Erik Fuehrer erik.fuehrer@dlapiper.com
James David Roberts jroberts@chennelsonroberts.com
John R. Gerstein jack.gerstein@troutmansanders.com
Kevin Richard Martin kevin@pattonmartinsullivan.com
Michael Gerald Schwartz michael.schwartz@dlapiper.com
Norman Jorgen Ronneberg norman.ronneberg@bullivant.com
Patric J. Kelly pjkelly@ahk-law.com
Peter Roldan peter.roldan@bullivant.com
Peter Laurence Candy plcandy@hbsb.com
Robert Louis Brace rlbrace@hbsb.com
Shawn Robert Parr shawn@parrlawgroup.com

**Dated: December 6, 2011**     **Richard W. Wieking, Clerk**

                                 **By:  /s/ JW Chambers**
                                       **Susan Imbriani**
                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2