IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Fire Insurance Co., | NO. C 09-02388 JW |
| Plaintiff, | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| Vesta Strategies, LLC, et al., | |
| Defendants. | |

This case is scheduled for a Status Conference on January 23, 2012. Pursuant to the Court's December 6, 2011 Order,[1] the parties submitted a joint Status Report Statement. (See Docket Item No. 266.) In their Joint Statement, the parties represent that the settlement agreed upon by the parties has not been finalized because the Receiver's Motion for authority to enter into the settlement is currently pending before the Court, and has been scheduled for a hearing on February 6, 2012. (Id. at 2.)

Upon review, in light of the pending motion, the Court finds the Status Conference unnecessary at this time. Accordingly, the Court VACATES the Conference. The Court will set a new Conference date in its Order addressing the Receiver's Motion, if necessary.

Dated: January 18, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 265.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew B. Downs andy.downs@bullivant.com
Becki F. Kieffer lisa.golden@troutmansanders.com
Charles Edward Wheeler cwheeler@cozen.com
Eileen King Bower eileen.bower@troutmansanders.com
Erik Fuehrer erik.fuehrer@dlapiper.com
James David Roberts jroberts@chennelsonroberts.com
John R. Gerstein jack.gerstein@troutmansanders.com
Kevin Richard Martin kevin@pattonmartinsullivan.com
Michael Gerald Schwartz michael.schwartz@dlapiper.com
Norman Jorgen Ronneberg norman.ronneberg@bullivant.com
Patric J. Kelly pjkelly@ahk-law.com
Peter Roldan peter.roldan@bullivant.com
Peter Laurence Candy plcandy@hbsb.com
Robert Louis Brace rlbrace@hbsb.com
Ryan C Tuley ryan.tuley@troutmansanders.com
Shawn Robert Parr shawn@parrlawgroup.com

Dated:  January 18, 2012                    **Richard W. Wieking, Clerk**

                                            **By:      /s/ JW Chambers**
                                                  **Susan Imbriani**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California