UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VESTA STRATEGIES, LLC,<br><br>　　　　　Defendant. | Case No. 09-cv-02388-JW<br><br>**ORDER REOPENING AND REASSIGNING CASE** |

A motion to reopen this case was directed to the undersigned as the duty judge at the time the motion was filed. Good cause appearing, the motion to reopen is granted. In light of the retirement of Judge Ware who previously presided over this matter, the Clerk is directed to reassign the case to Judge Davila, who is presiding over a related case.

**IT IS SO ORDERED**.

Dated: January 24, 2019

_____
RICHARD SEEBORG
United States District Judge